UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

05 - 10394 MLW

BELLA SANTE, INC.  )
d/b/a BELLA SANTE DAY SPA  )
    Plaintiff,  )
  )
v.  )
  )
BELLA FONTE DAY SPA INC.  )
    Defendant.  )
_____)

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Plaintiffs, Bella Sante, Inc., and Gromax Enterprises, Inc. are privately held companies and are corporately related to each other and to Gromax, Inc. No publically held company owns ten percent (10%) or more of Bella Sante, Inc., Gromax Enterprises, Inc. or any related company.

    Bella Sante, Inc. and
    Gromax Enterprises, Inc.,
    By its attorneys

Date:    February 28, 2005

    _____
    John E. Sutherland, BBO# 488960
    Angela H. Magary, BBO# 644499
    BRICKLEY, SEARS & SORETT, P.A.
    75 Federal Street
    Boston, MA 02110
    (617) 542-0896

F:\APPL\CLIENTS\Groman\bella fonte\Corp-Disclosure1.wpd

1