UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELLA SANTE, INC. d/b/a ) <br> BELLA SANTĒ DAY SPAS and ) <br> GROMAX ENTERPRISES, INC. ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BELLA FONTE DAY SPA, INC. ) <br>     Defendants. ) <br> ) | CIVIL ACTION NO. 05-10394MLW |

### ASSENTED TO MOTION FOR THE ADMISSION
### OF ROBERT H. SMELTZER *PRO HAC VICE*

Now comes Defendant BELLA FONTE DAY SPA, INC., through its undersigned attorney and moves this Honorable Court for the admission of Attorney Robert H. Smeltzer to practice before this Court *pro hac vice*, and in support thereof states the following:

1. Defendant's attorney of record, Alan R. Goodman, brings this motion to admit Robert H. Smeltzer to practice before this Court *pro hac vice* in this matter. Mr. Goodman practices with the professional association of Goodman, Greenzang & Hurwitz, 220 Boylston Street, Suite 104 Chestnut Hill, Massachusetts 02467, Tel: (617) 332-9911, and is a member of the bar of this Court in good standing. There are no disciplinary proceedings pending against Mr. Goodman.

2. Defendant seeks admission of Mr. Smeltzer as counsel *pro hac vice* in this matter because he possesses extensive knowledge and a special understanding of the complex issues in this case, which he has acquired through prior experience.

1

3.  Robert H. Smeltzer is a partner with the law firm of Lowis & Gellen, LLP, located at 200 West Adams, Suite 1900, Chicago, Illinois 60606, Tel. (312) 364-2500. He has been admitted to practice before Illinois Supreme Court, the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Northern District of Illinois, the Central District of Illinois, the Eastern District of Wisconsin, and the Western District of Michigan. He is also a member of the trial bar for the United States District Court, Northern District of Illinois.

4.  Mr. Smeltzer is a member in good standing of the Bar of the Illinois courts, and is not currently suspended or disbarred from practice in any court. There are no disciplinary proceedings pending against Mr. Smeltzer in any jurisdiction.

5.  Mr. Smeltzer is familiar with the Local rules of the United States District Court for the District of Massachusetts.

6.  In support of this motion, Defendant submits the Certificate of Robert H. Smeltzer, attached hereto as **Exhibit A**.

Respectfully submitted,
BELLA FONTE DAY SPA, INC.,
By its attorney,

_Alan R. Goodman / ar_
Alan R. Goodman, Esq.
BBO# 201600
Goodman, Greenzang & Hurwitz, P.A.
220 Boylston Street, Suite 104
Chestnut Hill, MA 02467
(617) 332-9911

Assented to:

Bella Sante, Inc. d/b/a/ Bella Santé Day Spa
and Gromoax Enterprises, Inc.
By their attorney,


*John E. Sutherland/ar*
John E. Sutherland, Esquire
BBO# 488960
Brickley, Sears & Sorett, P.A.
75 Federal Street
Boston, MA 02110
Tel: (617) 542-0896

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELLA SANTE, INC. d/b/a ) <br> BELLA SANTA DAY SPA and ) <br> GROMAX ENTERPRISES, INC. ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BELLA FONTE DAY SPA, INC. ) <br>     Defendants. ) <br> _____ ) | CIVIL ACTION NO. 05-10394MLW |

### CERTIFICATE OF ROBERT H. SMELTZER
### FOR ADMISSION *PRO HAC VICE*

I, Robert H. Smeltzer, declare:

1. I hereby request leave of this Court to appear in the above-entitled proceeding as counsel *pro hac vice* for Defendant, Bella Fonte Day Spa, Inc. I seek admission as counsel *pro hac vice* in this matter because I possess extensive knowledge and a special understanding of the complex issues in this case, which I have acquired through prior experience.

2. I am a partner with the law firm of Lowis & Gellen, LLP, located at 200 West Adams, Suite 1900, Chicago, Illinois 60606, Tel. (312) 364-2500. My home address is 404 N. Lombard Avenue, Oak Park, Illinois 60302.

3. I am admitted to practice before Illinois Supreme Court, the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Northern District of Illinois, the Central District of Illinois, the Eastern District of Wisconsin, and the Western District of Michigan. I am also a member of the trial bar for the United States District Court, Northern District of Illinois.



4. I am a member in good standing of the Bar of the Illinois courts, and am not currently suspended or disbarred from practice in any court. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I am familiar with the Local rules of the United States District Court for the District of Massachusetts.

6. I have been retained to appear in association with Alan R. Goodman of Goodman, Greenzang & Hurwitz, 220 Boylston Street, Suite 104 Chestnut Hill, Massachusetts 02467 (617) 332-9911, who is counsel of record for Defendant, Bella Fonte Day Spa, Inc. To the best of my knowledge, Mr. Goodman is an active member of the bar of this Court.

7. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 13th day of July 2005, at Chicago, Illinois.

_____
ROBERT H. SMELTZER