UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BELLA SANTE, INC. d/b/a ) <br> BELLA SANTÉ DAY SPAS and ) <br> GROMAX ENTERPRISES, INC. ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BELLA FONTE DAY SPA, INC. ) <br>    Defendants. ) <br> ) | CIVIL ACTION NO. 05-10394MLW |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2(A)(2)
REGARDING ASSENTED TO MOTION FOR THE ADMISSION
OF ROBERT H. SMELTZER *PRO HAC VICE***

    Counsel for the above-referenced parties hereby certify that they have conferred and have attempted in good faith to resolve or narrow the issue that is the subject of the Defendant's Motion, pursuant to Local Rule 7.2(A)(2).

Bella Sante, Inc. d/b/a/ Bella Santé Day Spa
and Gromoax Enterprises, Inc.
 By their attorney,

*/s/ John E. Sutherland /ar*
John E. Sutherland, Esquire
BBO# 488960
Brickley, Sears & Sorett, P.A.
75 Federal Street
Boston, MA 02110
Tel: (617) 542-0896

Bella Fonte Day Spa, Inc.,
By its attorney,

*/s/ Alan R. Goodman /ar*
Alan R. Goodman, Esq.
BBO# 201600
Goodman, Greenzang & Hurwitz, P.A.
220 Boylston Street, Suite 104
Chestnut Hill, MA 02467
(617) 332-9911