UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**BELLA SANTE, INC.,**
                                                          CIVIL ACTION
                                                          NO. 05-10394-MLW

       v

**BELLA FONTE DAY SPA, INC.,**

**NOTICE**

**WOLF, D.J.**

    The parties shall by, February 10, 2006, either file a settlement agreement and stipulation of dismissal or a status report. If the case is not settled then the parties shall appear for a **STATUS CONFERENCE** on **FEBRUARY 17, 2006** at **2:00** P.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

                                                                SARAH THORNTON, CLERK

**JANUARY 30, 2006**                    By:   /s/ Dennis O'Leary
Date                                    Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                                            [ntchrgcnf.]