UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 105-CV-10394

GROMAX ENTERPRISES, INC. )
and BELLA SANTE, INC. )
d/b/a BELLA SANTE DAY SPAS )
    Plaintiffs, )
     )
v. )
     )
BELLA FONTE DAY SPA INC. )
    Defendant. )
     )

## STIPULATION OF DISMISSAL

All parties to the above captioned action hereby agree to dismiss this action with prejudice and without costs, pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), waiving all rights of appeal.

Dated: February 2, 2006

Plaintiff,
By its counsel,

_____
John E. Sutherland, BBO# 488960
Angela H. Magary, BBO# 644499
BRICKLEY, SEARS & SORETT
75 Federal Street
Boston, MA 02110
(617) 542-0896

Defendant,
By its counsel,

_____
Robert H. Smeltzer
LOWIS & GELLEN, LLP
200 West Adams Street, Suite 1900
Chicago, IL 60606
(312) 364-2500

### CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the within documents to be served on counsel for the Defendant, Robert H. Smeltzer, Lowis & Gellen, LLP, 200 West Adams, Suite 1900, Chicago, IL, by forwarding copies of the same by first-class mail.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF FEBRUARY, 2006.

_____
John E. Sutherland

\\BSSSERVER\Sutherland\APPL\CLIENTS\Bella Sante, Inc\StipDis.wpd